IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR178 |
| | ) | |
| v. | ) | |
| | ) | |
| JOEL SPEED, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On November 27, 2007, defendant Joe Speed was sentenced by this court to 18 months' imprisonment and was allowed to self-surrender to the Bureau of Prisons (Filing No. 33). While awaiting his self-surrender, the defendant violated the terms of his Pretrial supervision. On December 18, 2007, a Petition for Action on Conditions of Pretrial Release (Filing No. 41) was filed and this court ordered that a warrant be issued for defendant's arrest.

The defendant is currently in state custody serving his state sentence, the charges of which are outlined in the Petition for Action on Conditions of Pretrial Release (Filing No. 41). Therefore, this court orders that the Pretrial release warrant issued on December 18, 2007, be lifted. The detainer lodged by the U.S. Marshal is still effective. After serving his state court sentence, the defendant will be immediately turned over to the Bureau of Prisons to begin serving his federal court sentence.

SO ORDERED.

DATED this 1st day of August, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge